

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARIANE E. URSCHLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION No. 3:02-CV-1119-P |
| | § | |
| CISCO SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S UNOPPOSED MOTION TO STAY
## PROCEEDINGS PENDING ARBITRATION

Defendant Cisco Systems, Inc. ("Cisco") hereby moves the Court to stay proceedings pending arbitration of this dispute. In support of its motion, Cisco states:

I.

Plaintiff Ariane Urschler ("Urschler") is a former employee of Cisco. She instituted this action on May 28, 2002. In Plaintiff's Original Complaint and Jury Demand, Urschler alleges that she was discriminated against because of her sex during her employment at Cisco in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* She also alleges breach of contract in connection with the payment of her sales commissions.

II.

When Urschler was hired by Cisco she and Cisco entered into an Agreement to Arbitrate Employment Disputes, a copy of which is attached as Exhibit A. In the agreement, Urschler agreed to arbitrate "any and all disputes and claims arising from and relating to my employment."

**DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS
PENDING ARBITRATION - Page 1**

III.

Urschler does not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, Cisco prays that its motion be granted and that the Court enter an order staying all proceedings in this action pending arbitration.

Dated: July 1, 2002.

                              Respectfully submitted,

                              THOMPSON & KNIGHT L.L.P.

By: _____
    Steven W. Sloan
      State Bar No. 18507650

1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
Telephone:  (214) 969-1700
Facsimile:  (214) 969-1751

ATTORNEYS FOR DEFENDANT
CISCO SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I certify that on July 1, 2002, a true and correct copy of this document was served by mailing same U.S. mail, postage prepaid, to plaintiff's attorneys of record, Yona Rozen, Gillespie, Rozen & Watsky, P.C., 3402 Oak Grove Avenue, Suite 200, Dallas, Texas 75204.

_____
Steven W. Sloan